## CHARLES R. MARSHALL v. ELIZABETH L. MARSHALL

20 So. (2nd) 120                  June Term, 1944
December 8, 1944              Special Division A
Rehearing denied January 9, 1945

*Herbert U. Feibelman,* for appellant.

*DeCostas & Maer, W. R. DeCostas* and *Wallace N. Maer,* for appellee.

PER CURIAM:

The decree of divorce in this cause should be affirmed on authority of the opinion and judgment in the case of Givens v. Givens, 121 Fla. 270, 163 So. 574.

So ordered.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN, and SEBRING, JJ., concur.